# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

KYLE BLACKMAN,

                Defendant.

2:17-cr-00169-KJD-VCF

**ORDER**

MOTION FOR JOINDER (ECF NO. 48)

      Before the Court is Kyle Blackman's Motion for Joinder to Nikolas Delarosa's Motion to Dismiss. (ECF No. 48). For the reasons discussed below, Blackman's motion is denied as moot.

      In Delarosa's motion to dismiss, Delarosa sought to dismiss Count Two of the original indictment, 18 U.S.C.§ 924(c)(1)(A)(ii) and (iii) Possession of Firearm in Furtherance of a Crime of Violence. (ECF No. 47). In the superseding indictment, neither Delarosa nor Blackman was charged with the crime of 18 U.S.C.§ 924(c)(1)(A)(ii) and (iii) Possession of Firearm in Furtherance of a Crime of Violence. (ECF No. 49). Delarosa's motion to dismiss has been denied as moot. (ECF No. 62).

      Accordingly,

      IT IS HEREBY ORDERED that Blackman's Motion for Joinder (ECF No. 48) is DENIED as MOOT.

      DATED this 3rd day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE