# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>KYLE BLACKMAN,<br><br>   Defendant. | CASE NO: 2:17-cr-169-KJD-VCF<br><br>**ORDER** |

  IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Investigation Report on Defendant KYLE BLACKMAN.

  DATED this  12th  day of  January , 2018 .

                    _____
                    UNITED STATES DISTRICT JUDGE