# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KYLE BLACKMAN,

    Defendant.

Case No.: 2:17-cr-0169-KJD-VCF

AMENDED FINDINGS OF FACT,
CONCLUSIONS OF LAW,
AND ORDER

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. At the time defendant filed the motion, counsel for the government was on a week long absence from the office. Counsel for the government needs the additional time to properly prepare a response.

2. The Defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadlines.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the

1

parties herein sufficient time and the opportunity within which to be able to effectively and prepare a response, taking into account the exercise of due diligence.

## **ORDER**

It is therefore ORDERED that the Government's ~~reply~~ response regarding defendant's Motion for Severance (ECF #79), is due by the close of business on the 2nd day of July 2018.

DATED this 27th day of June, 2018.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE